[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-10982
Non-Argument Calendar
_____

D. C. Docket No. 03-00931-CV-A-N

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 23, 2005
THOMAS K. KAHN
CLERK

ANDREW J. SIGNORE,

Plaintiff-Appellant,

versus

CITY OF MONTGOMERY, ALABAMA,
a municipal governmental entity,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(June 23, 2005)

Before HULL, WILSON, and COX, Circuit Judges.

PER CURIAM:

Plaintiff, Andrew J. Signore, appeals the judgment of the district court on the ground that the district court erred in granting the Defendant City of Montgomery's motion for summary judgment. We agree with the district court that even if Signore was speaking on a matter of public concern, his First Amendment interests were outweighed by the City's interests in promoting the efficiency of the public services it performs. *Pickering v. Bd. of Educ.*, 391 U.S. 563, 568, 88 S. Ct. 1731, 1734-35 (1968); *Watkins v. Bowden*, 105 F.3d 1344, 1352-53 (11th Cir. 1997). We further agree with the district court that Signore did not properly raise any overbreadth challenge to the Montgomery Police Department regulations pursuant to which he was disciplined. The judgment of the district court is, therefore,

AFFIRMED.